# TIFFANY & BOSCO
## P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-26726

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Carl William Brashears and Danielle Marie Brashears<br>        Debtors.<br>―――――――――――――――――――<br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br><br>        Movant,<br>  vs.<br><br>Carl William Brashears and Danielle Marie Brashears, Debtors; Russell A. Brown, Trustee.<br><br>        Respondents. | No. 2:09-bk-25671-SSC<br><br>Chapter 13<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>2403 West Oberlin Way<br>Phoenix, AZ 85085 |

NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.,
>c/o Mark S. Bosco, Esq.
>2525 East Camelback Road
>Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was sent seeking to resolve the issues necessitating the motion, to Debtor's Counsel or the Debtor if the Debtor is without counsel and that after sincere effort the parties have been unable to resolve the matter, and the letter was sent at least five (5) business days prior to the filing of the motion.

DATED this 12th day of January, 2010.

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

Copy of the foregoing was
mailed January 12, 2010.

Carl William Brashears and Danielle Marie Brashears
2403 West Oberlin Way
Phoenix, AZ  85085
Debtors

Ronald V. Thomas
3030 E. Cactus Rd., Ste. 102
Phoenix, AZ 85032
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave
Suite 800
Phoenix, AZ  85012-1965
Trustee

Bob Hildebrandt
22020 S. Ellsworth
Queen Creek, AZ  85242

IRS - ACS Support - Stop 813G
PO Box 145566
Cincinnati, OH 45250-5566

By:  Julie Purvis